# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR25 |
| FINNER LEE BRYANT, | ) ) | ORDER |
| Defendant. | ) ) | |

The Government's motion to continue (Filing No. 29) is granted.

The hearing on defendant's motion to suppress (Filing No. 16) is continued to **June 29, 2005 at 9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 1st day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge