# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR25 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **FINNER LEE BRYANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Finner Lee Bryant (Bryant) to withdraw his motion to suppress (Filing No. 39). The motion (Filing No. 39) is granted, and the Clerk shall term Bryant's motion to suppress (Filing No. 16) on the docket.

**IT IS SO ORDERED.**

DATED this 24th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge