IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR25** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **FINNER LEE BRYANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion for leave to file a motion for departure or deviation out of time (Filing No. 63) and the request (Filing No. 64) to file the motion (Filing No. 64) and the accompanying brief (Filing No. 65) under seal.

IT IS ORDERED:

1. The Defendant's unopposed motion for leave to file a motion for departure or deviation out of time (Filing No. 63) is granted; and

2. The Defendant's request (Filing No. 64) to file the motion (Filing No. 64) and accompanying brief (Filing No. 65) under seal is granted.

DATED this 13th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge